266 So.2d 224

**STATE of Louisiana ex rel. Wade KEENER**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52672.

Sept. 19, 1972.

Application denied. The application is now moot.

266 So.2d 224

**Maurice J. FONTENOT**

v.

**Leon C. STEENOCKER, Sr., individually and as natural tutor of his minor son Leon C. Steenocker, Jr., and Allstate Insurance Company.**

No. 52676.

Sept. 19, 1972.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.